**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOSEPH F. WEIS, JR. U.S. COURTHOUSE**
**700 GRANT STREET**
**PITTSBURGH, PA 15219**
**WWW.PAWD.USCOURTS.GOV**

JOSHUA C. LEWIS　　　　　　　　　　　　　　　　　　　　　　　　　　　IN REPLYING, GIVE NUMBER
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　　　　　　OF CASE AND NAMES OF PARTIES
412-208-7500

March 24, 2022

Kate Barkman, Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106

RE:　　BAIRD RESPIRATORY THERAPY, INC. v. KONINKLIJKE PHILIPS N.V. et al
　　　　C.A. No. 2:22−00886

Dear Ms. Barkman,

Enclosed is a certified copy of an order from the Judicial Panel on Multidistrict Litigation, at MDL No. 3014, transferring the above captioned case from your court to the U.S. District Court for the Western District of Pennsylvania. Please electronically transfer the case, noting the above MDL case number, using the Extract Civil Case – for Export function in CM/ECF. Please note that we are a "NextGen" Court, currently on version 1.5.4.

If you have any questions, please contact me by email or at my direct dial below.

Thank you,

*Sarah M Sewall*

Sarah Sewall
Case Administration Supervisor
sarah_sewall@pawd.uscourts.gov
412-208-7573

Enclosure